WILLIAM J. MORGAN, Respondent, v. WILLIAM G. HAMILTON, Appellant. (Action No. 8.) — Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, in accordance with opinion in *Morgan* v. *Sagamore Development Co., No. 1 (ante,* p. 475), decided herewith. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

HANNAH L. KELLY, Respondent, v. THE EMPIRE CONSTRUCTION COMPANY, Appellant, and THE NASSAU ELECTRIC RAILROAD COMPANY, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

THOMAS J. KELLY, Respondent, v. THE EMPIRE CONSTRUCTION COMPANY Appellant, and THE NASSAU ELECTRIC RAILROAD COMPANY, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD MILLER, Appellant.— Judgment of the County Court of Westchester county affirming a judgment of conviction of the Court of Special Sessions of the City of Yonkers affirmed. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM KNOTE, Relator, v. RICHARD ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.